```
                                                          FILED
                                                    U.S. DISTRICT COURT
                                                       AUGUSTA DIV.
        IN THE UNITED STATES DISTRICT COURT
                                                    2006 AUG 11  AM 8:40
       FOR THE SOUTHERN DISTRICT OF GEORGIA

                  DUBLIN DIVISION                  CLERK_____
                                                      SO. DIST. OF GA.
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 306-010 |
| | ) | |
| RICK TRIMM, SR. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the plea of guilty from the defendant is accepted as to Count One of the indictment in this case. Upon review of the presentence investigation report, sentence will be imposed, and a final judgment of guilty shall thereafter be entered against the defendant.

SO ORDERED this 11th day of August, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     \*

        vs.     \*     CASE NO. CR306-010

RICK TRIMM, SR.     \*

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as order dated 8/11/06, which is part of the official records of this case.

Date of Mailing: 8/11/06
Date of Certificate: 8/11/06

SCOTT L. POFF, CLERK

By: *L. Flowers* (signature)

NAME:
1. Rick Trimm, Sr.
2. Clay Tapley
3.
4.
5.
6.
7.

Cert/Copy
- [ ] [x] District Judge
- [ ] [x] Magistrate Judge
- [ ] [ ] Minutes
- [ ] [ ] U.S. Probation
- [ ] [ ] U.S. Marshal
- [ ] [x] U.S. Attorney
- [ ] [ ] JAG Office

Cert/Copy
- [ ] [ ] Dept. of Justice
- [ ] [ ] Dept. of Public Safety
- [ ] [ ] Voter Registrar
- [ ] [ ] U.S. Court of Appeals
- [ ] [ ] Nicole/Debbie
- [ ] [ ] Ray Stalvey
- [ ] [ ] Cindy Reynolds